# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Aaron T. Olson,                                    Civil No. 09-3669 (RHK/FLN)

                    Plaintiff,                    **ORDER FOR DISMISSAL**

v.

Trans Union LLC,

                    Defendant.

---

       Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 18), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs or attorneys' fees to any party.

       **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  September 10, 2010

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge